UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
  CURTIS SAMMS,                                     :
                                    Plaintiff,      :         25 Civ. 6742 (LGS)
                                                    :
                   -against-                        :         **ORDER**
                                                    :
  GREYHOUND LINES INC., et al.,                     :
                                                    :
                                    Defendants.  :X
-----------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a Notice of Removal on August 14, 2025, (Dkt. No. 1) and removed this action from State Court pursuant to the Court's diversity jurisdiction.

WHEREAS, a Notice of Removal is timely filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."  28 U.S.C. § 1446(b)(1). "[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."  § 1446(b)(3).

WHEREAS, the Notice of Removal states that "the first notice that the amount in controversy exceeds $75,000 was served on May 30, 2025."  Dkt. No. 1 ¶ 8.  It further states that "Defendants were purportedly served with the Summons and Verified Complaint via the New York Secretary of State on June 18, 2025."  *Id.* at ¶ 5.

WHEREAS, regardless of which date the Court relies on, the Notice of Removal is

untimely.  The Notice of Removal neither acknowledges nor provides any justification for this defect.  It is hereby

ORDERED that the matter is summarily remanded to state court.  Defendant's Notice of Removal is procedurally defective.  Pursuant to section 1447(c), the Clerk of Court is respectfully directed to mail a certified copy of this Opinion and Order to the Supreme Court of the State of New York, New York County.  The Clerk of Court is further directed to close the case.

SO ORDERED.

Dated:  August 19, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE