UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
SAMMS,                                                      :
                                                            :
                                        Plaintiffs,         :
                                                            :            25 Civ. 6742 (LGS)
            -against-                                       :
                                                            :                 ORDER
GREYHOUND LINES INC., et al.,                               :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Endorsement issued on August 29, 2025, directed the parties to file a joint letter on October 13, 2025, and every 45-days thereafter, on the status of mediation.

WHEREAS, no status letter was filed by October 13, 2025. It is hereby

**ORDERED** that, by **October 21, 2025**, the parties shall file the late status letter. It is further

**ORDERED** that the next status letter is due **December 5, 2025**, and every 45-days thereafter.

Dated: October 16, 2025
       New York, New York

<em>[signature]</em><br>
LORNA G. SCHOFIELD<br>
UNITED STATES DISTRICT JUDGE