UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                      :

CURTIS SAMMS,

                        Plaintiff,   :        25 Civ. 6742 (LGS)

           -against-          :        **ORDER**

GREYHOUND LINES INC., et al.,    :

                             :
                    Defendants.  :X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order dated October 16, 2025, required the parties to submit a joint status letter by December 5, 2025, and every 45-days thereafter. *See* Dkt. No. 8.

     WHEREAS, the parties have not filed the requested status letter. It is hereby

     **ORDERED** that by Dec 11, 2025, the parties shall file the late status letter. It is further

     **ORDERED** that the next status letter is due January 26, 2026, and every 45-days thereafter. The parties are reminded of the need to abide by the Court-ordered deadlines in this matter.

Dated: December 9, 2025
       New York, New York

                                    LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE