UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
  CURTIS SAMMS,                               :
                              Plaintiff,      :            25 Civ. 6742 (LGS)
                                              :
              -against-                       :            **ORDER**
                                              :
  GREYHOUND LINES INC., et al.,               :
                                              :
                              Defendants.  :X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 9, 2025, required the parties to submit a joint status letter by January 26, 2026, and every 45-days thereafter.  *See* Dkt. No. 11.

WHEREAS, the parties have not filed the requested status letter.

WHEREAS, this is the third time the parties have missed a status letter deadline.  *See* Dkt. Nos. 8, 11.  It is hereby

**ORDERED** that by **January 30, 2026**, the parties shall file the late status letter.  It is further

**ORDERED** that the next status letter is due **March 16, 2026**, and every 45 days thereafter.  The parties are reminded of the need to abide by the Court-ordered deadlines and that failure to do so may warrant sanctions.

Dated:  January 28, 2026
        New York, New York

                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**